# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JESSICA IRVING,

      Plaintiff,

v.                                                Civil Action 2:16-cv-728
                                                Judge Michael H. Watson
                                                Magistrate Judge Jolson

STEVE CARR, et al.,

      Defendants.

## OPINION AND ORDER

This matter is before the Court on non-party the Ohio Department of Education's ("ODE's") Motion to Quash Plaintiff's Subpoena. (Doc. 32). On November 20, 2017, this Court issued an Order directing Plaintiff and ODE to meet and confer on the Motion to Quash and to make a concerted effort to resolve the dispute absent further Court intervention. (Doc. 33). The Court likewise ordered Plaintiff and ODE to submit a joint status report concerning those efforts no later than Tuesday, November 21, 2017. (*Id.*).

The Undersigned has received the Joint Status Report, which reflects that Plaintiff and ODE have resolved their dispute concerning Plaintiff's subpoena. Consequently, ODE's Motion to Quash is **DENIED** as **MOOT**. (Doc. 32). The Joint Status Report likewise indicates that Plaintiff and ODE plan to submit a Confidentiality Stipulation and Protective Order to the Court for approval. Any such proposed order shall comply with this Court's local rules, including S.D. Ohio Civ. 5.2.1, which relates to sealing, and shall be sent in Word format to jolson_chambers@ohsd.uscourts.gov.

      IT IS SO ORDERED.

Date: November 21, 2017                                    /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                  UNITED STATES MAGISTRATE JUDGE