UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSICA IRVING,

      Plaintiff,

v.

STEVE CARR, *et al.*,

      Defendants.

Case No. 2:16-cv-728
Judge Sarah D. Morrison
Magistrate Judge Kimberly A. Jolson

## **VERDICT AND DAMAGES**

1. On Plaintiff Jessica Irving's race discrimination claim against Defendant Steve Carr, we find in favor of (check one)

_____ Plaintiff Jessica Irving, or

_____X_____ Defendant Steve Carr.


2. On Plaintiff Jessica Irving's race discrimination claim against Defendant Nicole Tyo, we find in favor of (check one)

_____ Plaintiff Jessica Irving, or

_____X_____ Defendant Nicole Tyo.


3. On Plaintiff Jessica Irving's race discrimination claim against Defendant Jennifer Bogenrife, we find in favor of (check one)

_____ Plaintiff Jessica Irving, or

_____X_____ Defendant Jennifer Bogenrife.

4. On Plaintiff Jessica Irving's race retaliation claim against Defendant Steve Carr, we find in favor of (check one)

_____ Plaintiff Jessica Irving, or

_____X_____ Defendant Steve Carr.


5. On Plaintiff Jessica Irving's race retaliation claim against Defendant Nicole Tyo, we find in favor of (check one)

_____ Plaintiff Jessica Irving, or

_____X_____ Defendant Nicole Tyo.


6. On Plaintiff Jessica Irving's race retaliation claim against Defendant Jennifer Bogenrife, we find in favor of (check one)

_____ Plaintiff Jessica Irving, or

\_\_\_\_\_X_____ Defendant Jennifer Bogenrife.


***Complete the following only if at least one of the above findings is in favor of Plaintiff Jessica Irving:***

State the total amount of compensatory damages for Plaintiff Jessica Irving:

$_____

***Complete the following only if 1) you find liability on the racial discrimination and/or racial retaliation claims and 2) you find that Plaintiff Jessica Irving has proven by a preponderance of the evidence that she was constructively discharged. Any damages for back pay and front pay are separate from any compensatory damages award***:

State the total amount of damages for Plaintiff Jessica Irving that represents damages for back pay, if any:

$_____

State the total amount of damages for Plaintiff Jessica Irving that represents damages for front pay, if any:

$_____

We the jury so render our verdict upon the concurrence of those members who have signed below. All jurors must agree. Each juror concurring in this verdict sign his/her name hereto.

                                                                                   Juror #18
                                                                                   Foreperson's signature

        Juror # 116
Juror's signature

        Juror #103
Juror's signature

        Juror #71
Juror's signature

        Juror #99
Juror's signature

        Juror # 29
Juror's signature

        Juror #53
Juror's signature

        Juror #63
Juror's signature

                                                                       Dated:      8/20/2021