# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Jessica Irving,<br>*Plaintiff*<br>v.<br>Steve Carr, et al.,<br>*Defendant* | )<br>)<br>)  Civil Action No. 2:16-cv-728<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Jury reached a verdict in favor of Defendant Steve Carr, Defendant Jennifer Bogenrife, and Defendant Nicole Tyo, against Plaintiff. This case is hereby terminated.

This action was *(check one)*:

☑ tried by a jury with Judge Sarah D. Morrison _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 8/20/2021

CLERK OF COURT

*Theresa J. B...*
Signature of Clerk or Deputy Clerk